UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF AMILCAR PEREZ LOPEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG SUHR, et al., <br><br> Defendants. | Case No. 15-cv-01846-HSG <br><br> **ORDER** <br><br> Re: Dkt. Nos. 20, 21, 23 |

Pursuant to the parties stipulation (Dkt. No. 23) the following briefing schedule is adopted for the opposition and reply papers on Defendants' pending Motion to Stay (Dkt. No. 20) and Motion to Bifurcate (Dkt. No. 21):

| | |
|---|---|
| Plaintiffs' Opposition Due | Friday, October 2, 2015 |
| Defendants' Reply Due | Wednesday, October 7, 2015 |

The scheduled hearing date, Thursday, October 29, 2015 at 2:00 p.m. in Courtroom 15, 450 Golden Gate Avenue, San Francisco, remains in effect.

**IT IS SO ORDERED.**

Dated: October 1, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge