UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF AMILCAR PEREZ LOPEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG SUHR, et al., <br><br> Defendants. | Case No. 15-cv-01846-HSG <br><br> **ORDER TEMPORARILY STAYING DISCLOSURES AND DISCOVERY** <br><br> Re: Dkt. No. 20 |

Pending before the Court is a motion to stay discovery and disclosures in this matter, filed by Defendants Police Chief Greg Suhr, the City and County of San Francisco, Officer Craig Tiffe, and Officer Eric Reboli (collectively, "Defendants"). Dkt. No. 20. Plaintiffs Estate of Amilcar Lopez, Margarita Lopez Perez, and Juan Perez (collectively, "Plaintiffs") filed an opposition on October 2, 2015, Dkt. No. 25, and Defendants replied, Dkt No. 27. The Court held a hearing on the motion on October 29, 2015, at which counsel for both parties submitted argument.

As discussed with the parties at the hearing, the Court hereby orders disclosures and discovery in this case **STAYED** for 60 days, calculated from the date of the hearing, through December 29, 2015. *See* Fed. R. Civ. P. 26; *see also Keating v. Office of Thrift Supervision*, 45 F.3d 322, 324-25 (9th Cir. 1995). The Court further **ORDERS** the parties to meet and confer to determine if there are any materials they can informally exchange during the pendency of the stay.

The parties are ordered to appear at a further case management conference on **December 29, 2015 at 2:00 p.m.** At the hearing, the parties should be prepared to discuss the status of both the San Francisco Police Department's investigation and, to the extent known, the San Francisco District Attorney's Office investigation into the officer-involved shooting that is the subject matter of this litigation. The Court will want to discuss: (1) whether the investigations have been

completed; (2) if they have not, a good faith estimate as to when those investigations will be completed; (3) whether the parties have met and conferred as ordered; and (4) whether the parties have exchanged, or plan to exchange, any materials as a result of their meet and confer.

Defendants need not renew their motion upon expiration of the stay. The Court will notify the parties at the December 29 hearing if it requires supplemental briefing regarding whether to extend the stay.

**IT IS SO ORDERED.**

Dated: November 9, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge