**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF AMILCAR PEREZ LOPEZ, by and through successors in interest, JUAN PEREZ and MARGARITA LOPEZ PEREZ; JUAN PEREZ, individually; MARGARITA LOPEZ PEREZ, individually;<br><br>           Plaintiffs,<br><br> vs.<br><br>CHIEF OF POLICE GREG SUHR; CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; OFFICER CRAIG TIFFE (Badge No. 1312); OFFICER ERIC REBOLI (Badge No. 1651), and DOES 1 to 10,<br><br>           Defendants. | **CASE NO.  3:15-cv-01846 HSG**<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND CONTINUE ALL FILING DEADLINES** |

**GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED:**

4

**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND CONTINUE ALL FILING DEADLINES; ORDER THEREON**

Having considered the Stipulation of the parties to allow for the modifications of the briefing schedule relating to Defendants Chief of Police Greg Suhr and City and County of San Francisco's Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), and good cause appearing, it is hereby ordered as follows:

Plaintiffs' opposition will be due on December 10, 2015.

Defendants' reply will be due on December 17, 2015.

Hearing on Defendants' motion will be January **21**, 2016, at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: November  10 , 2015          By: /s/ Haywood S. Gilliam, Jr.
                                    The Honorable Haywood S. Gilliam, JR.
                                    United States District Judge