1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  PETER J. KEITH, State Bar #206482
   ELIZABETH PEDERSON, State Bar #288184
4  Deputy City Attorneys
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3908
6  Facsimile:     (415) 554-3837
   E-Mail:         peter.keith@sfgov.org
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO (including
   SAN FRANCISCO POLICE DEPARTMENT),
9  GREG SUHR, CRAIG TIFFE, and ERIC REBOLI

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14  ESTATE OF AMILCAR PEREZ LOPEZ, by        Case No. CV15-01846-HSG
    and through successors in interest, JUAN
15  PEREZ and MARGARITA LOPEZ PEREZ;         **STIPULATION AND ORDER RE**
    JUAN PEREZ, individually; MARGARITA      **PRODUCTION OF MEDICAL EXAMINER**
    LOPEZ PEREZ, individually,               **PHOTOGRAPHS**
16
           Plaintiffs,
17                                           Trial Date:          Not set.
           vs.
18
    CHIEF OF POLICE GREG SUHR; CITY
19  AND COUNTY OF SAN FRANCISCO; SAN
    FRANCISCO POLICE DEPARTMENT;
20  OFFICER CRAIG TIFFE (Badge No. 1312);
    OFFICER ERIC REBOLI (Badge No. 1651),
21  and DOES 1 to 10,

22         Defendants.

23

24

25                         **STIPULATION**

26         Pursuant to Federal Rule of Civil Procedure 26(c) the parties have met and conferred and

27  stipulate as follows:

28

1. California Code of Civil Procedure § 129 limits the copying and dissemination of photos that depict any portion of a deceased person's body taken at a crime scene and during an autopsy without prior court authorization, obtained after providing five day's notice to the San Francisco District Attorney's Office.

2. The San Francisco City Attorney's office provided written notice to the District Attorney's Office on January 7, 2016 that the parties to this civil case intended to seek a court order authorizing and requiring production by the San Francisco Office of the Chief Medical Examiner of the photos of the deceased in this matter, Amilcar Perez-Lopez.

3. Good cause exists for the Court to issue an order authorizing and requiring the production of such photos by the San Francisco Office of the Chief Medical Examiner to the parties in this civil action, in that such photos provide information about the scene and the deceased that is expected to be relevant to the matters alleged in the pleadings.

4. The parties therefore jointly request that the Court order that such photos be released by the San Francisco Office of the Chief Medical Examiner to the parties to this civil action, marked as confidential and subject to the provisions of the protective order previously issued by this Court in this matter.

IT IS SO STIPULATED.

Dated:  January 15, 2016

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
PETER J. KEITH
ELIZABETH PEDERSON
Deputy City Attorneys


By: _/s Peter J. Keith_____
PETER J. KEITH

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO (including SAN FRANCISCO POLICE DEPARTMENT), GREG SUHR, CRAIG TIFFE, and ERIC REBOLI

Stipulation re ME photos
CASE NO.   CV-15-01846 HSG
2
g:\hsgall\_ecfready\151846.docx

Dated:  January 15, 2016

CASILLAS & ASSOCIATES

By: _/s/  Denisse O. Gastélum_
ARNOLDO CASILLAS, ESQ.
DENISSE O. GASTÉLUM, ESQ.

Attorneys for Plaintiffs

ESTATE OF AMILCAR PEREZ LOPEZ, by and
through successors in interest, Juan Perez and Margarita
Lopez Perez; JUAN PEREZ, individually;
MARGARITA LOPEZ PEREZ, individually
**Pursuant to Civil L.R. 5-1(i)(3), the electronic
signatory has obtained approval from this signatory.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT BASED ON THE ABOVE

ENTERED STIPULATION, the San Francisco Office of the Chief Medical Examiner is authorized

and ordered to release the photographs depicting the deceased Amilcar Perez-Lopez, marked as

confidential and subject to the provisions of the protective order previously issued by this Court.

IT IS SO ORDERED.

Dated: January 19, 2016

THE HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE