1  DENNIS J. HERRERA, City Attorney
   CHERYL ADAMS, State Bar #164194
2  Chief Trial Deputy
   PETER J. KEITH, State Bar #206482
3  JAMES F. HANNAWALT, State Bar #139657
   Deputy City Attorneys
4  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
5  Telephone:     (415) 554-3908
   Facsimile:     (415) 554-3837
6  E-Mail:        peter.keith@sfgov.org

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO (including
8  SAN FRANCISCO POLICE DEPARTMENT),
   GREG SUHR, CRAIG TIFFE, and ERIC REBOLI
9
   ARNOLDO CASILLAS, ESQ., SBN 158519
10 DENISSE O. GASTÉLUM, ESQ., SBN 282771
   Casillas & Associates
11 3777 Long Beach Blvd., 3rd Fl
   Long Beach, California 90807
12 Telephone: (323) 725-0917
   Fax: (323) 725-0350
13 Email: acasillas@casillaslegal.com

14 (Additional Counsel for Plaintiffs on following page)

15 Attorneys for Plaintiffs
   ESTATE OF AMILCAR PEREZ LOPEZ, JUAN PEREZ,
16 MARGARITA LOPEZ PEREZ

17
                    UNITED STATES DISTRICT COURT
18
                  NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20  ESTATE OF AMILCAR PEREZ LOPEZ, by and through successors in interest, JUAN PEREZ and MARGARITA LOPEZ PEREZ; JUAN PEREZ, individually; MARGARITA LOPEZ PEREZ, individually, <br><br> 22      Plaintiffs, <br><br> 23      vs. <br><br> 24  CHIEF OF POLICE GREG SUHR; CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; OFFICER CRAIG TIFFE (Badge No. 1312); OFFICER ERIC REBOLI (Badge No. 1651), and DOES 1 to 10, <br><br> 28      Defendants. | Case No. CV15-01846-HSG <br><br> **JOINT STATUS REPORT AND ORDER** <br><br> Hearing Date:     June 2, 2016 <br> Time:             2:00 p.m. <br> Place:            Courtroom 15 - 18th Floor <br>                  450 Golden Gate Ave, SF <br><br> Trial Date:       Not set. |

Joint Status Report
CASE NO. **CV-15-01846 HSG**

1   Additional Counsel for Plaintiffs:

2   JONATHAN D. MELROD, ESQ., SBN 136441
    1313 Scheibel Lane
3   Sebastopol, CA 954 72
    Telephone: (415) 806-0154
4   Email: jonathan4536@sbcglobal.net

5   WILLIAM M. SIMPICH, JR., ESQ., SBN 106672
    1736 Franklin Street, 10th Floor
6   Oakland, CA 94612
    Telephone: (510) 444-0226
7   Email: bsimpich@gmail.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Status Report
CASE NO. **CV-15-01846 HSG**

1    The parties jointly submit the following JOINT STATUS REPORT:

2    By the Court's Order (April 26, 2016, Doc. 50), the Court ordered that discovery will go forth

3    with certain limitations.  As relevant here, the Court temporarily stayed discovery as to the individual

4    officers while the District Attorney completes its investigation and makes a charging decision, and set

5    this June 2, 2016 status conference.

6    The parties report that the status quo with the District Attorney has not changed.

7    Discovery is occurring per the Court's April 26, 2016 Order.  The parties respectfully request

8    that the Court enter an order maintaining the temporary stay of discovery as to the individual officers,

9    and direct the parties to file a written status report 30 days out or, if there is an earlier decision by the

10   District Attorney, to meet and confer and make a report to the Court concerning how to proceed.

11   Further, the parties having agreed, the Court may wish to vacate the June 2 status conference.

12   Dated:  May 31, 2016

13                                                   DENNIS J. HERRERA
                                                     City Attorney
14                                                   CHERYL ADAMS
                                                     Chief Trial Deputy
15                                                   PETER J. KEITH
                                                     Deputy City Attorney
16

17                                              By: _/s/  Peter J. Keith_____
                                                     PETER J. KEITH
18                                                   Attorneys for Defendants
                                                     CITY AND COUNTY OF SAN FRANCISCO (including
19                                                   SAN FRANCISCO POLICE DEPARTMENT),
                                                     GREG SUHR, CRAIG TIFFE, AND ERIC REBOLI
20
     Dated:  May 31, 2016
21

22                                                   CASILLAS & ASSOCIATES

23                                              By: _/s/  Arnoldo Casillas_____
                                                     ARNOLDO CASILLAS
24                                                   DENISSE O. GASTÉLUM
                                                     Attorneys for Plaintiffs
25                                                   ESTATE OF AMILCAR PEREZ LOPEZ, BY AND
                                                     THROUGH SUCCESSORS IN INTEREST, JUAN
26                                                   PEREZ AND MARGARITA LOPEZ PEREZ; JUAN
                                                     PEREZ, INDIVIDUALLY; MARGARITA LOPEZ
27                                                   PEREZ, INDIVIDUALLY

28

     Joint Status Report                              1
     CASE NO. **CV-15-01846 HSG**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Having reviewed the parties' joint status report and good cause appearing, the temporary stay of discovery as to the individual officers shall be maintained. The parties shall file a written status report 30 days from the date of this order. However, if there is an earlier decision by the District Attorney, the parties shall meet and confer and make a report to the Court concerning how to proceed.

The June 2, 2016 status conference is vacated.

IT IS SO ORDERED.

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE