ARNOLDO CASILLAS, ESQ., SBN 158519
DENISSE O. GASTÉLUM, ESQ., SBN 282771
**CASILLAS & ASSOCIATES**
3777 Long Beach Boulevard, 3rd Floor
Tel: (562) 203-3030; Fax: (323) 725-0350
Email: acasillas@casillaslegal.com
         dgastelum@casillaslegal.com

Attorneys for Plaintiffs, ESTATE OF AMILCAR PEREZ LOPEZ, by and through successors in interest, JUAN PEREZ and MARGARITA LOPEZ PEREZ; JUAN PEREZ, individually; MARGARITA LOPEZ PEREZ, individually

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF AMILCAR PEREZ LOPEZ, by and through successors in interest, JUAN PEREZ and MARGARITA LOPEZ PEREZ; JUAN PEREZ, individually; MARGARITA LOPEZ PEREZ, individually; <br><br>                    Plaintiffs, <br><br>vs. <br><br>CHIEF OF POLICE GREG SUHR; CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; OFFICER CRAIG TIFFE (Badge No. 1312); OFFICER ERIC REBOLI (Badge No. 1651), and DOES 1 to 10, <br><br>                    Defendants. <br>_____ | **CASE NO.  3:15-cv-01846 HSG** <br><br> **ORDER RE PLAINTIFF'S REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY** <br><br>CMC:         January 17, 2017 <br>Time:         2:00 p.m. <br>Judge:        Hon. Haywood S. Gilliam, Jr. <br>Place:        Courtroom 15 – 18th Floor <br>                  450 Golden Gate Ave., SF |

1

**[PROPOSED] ORDER RE PLAINTIFF'S REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY**

## ORDER FOR TELEPONIC APPEARANCE

This matter came before the Court upon a request by Plaintiff's counsel to attend the Case Management Conference, scheduled for January 17, 2017 at 2:00 p.m., telephonically.

IT IS HEREBY ORDERED that the Request to Attend Case Management Conference Telephonically by Plaintiff's counsel is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED: this 10th day of January, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
United State District Judge

[PROPOSED] ORDER RE PLAINTIFF'S REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY