DENNIS J. HERRERA, City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
SEAN CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863 [Connolly]
Telephone:     (415) 554-3913 [Hannawalt]
Facsimile:     (415) 554-3837
E-Mail:        sean.connolly@sfgov.org
E-Mail:        james.hannwalt@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO (including
SAN FRANCISCO POLICE DEPARTMENT),
GREG SUHR, CRAIG TIFFE, and ERIC REBOLI

ARNOLDO CASILLAS, ESQ., State Bar #158519
DENISSE O. GASTÉLUM, ESQ., State Bar #282771
CASILLAS & ASSOCIATES
3500 W. Beverly Blvd.
Montebello, CA 90640
Telephone: (323) 725-0917
Fax: (323) 725-0350
Email: acasillas@casillaslegal.com
        dgastelum@casillaslegal.com
(Additional Counsel for Plaintiffs on following page)

Attorneys for Plaintiffs
ESTATE OF AMILCAR PEREZ LOPEZ, JUAN PEREZ,
MARGARITA LOPEZ PEREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF AMILCAR PEREZ LOPEZ, by and through successors in interest, JUAN PEREZ and MARGARITA LOPEZ PEREZ; JUAN PEREZ, individually; MARGARITA LOPEZ PEREZ, individually, | Case No. 15-cv-01846 HSG |
| | **STIPULATION AND ORDER TO SET DATES FOR EXPERT DISCLOSURE AND EXPERT DISCOVERY** |
| Plaintiffs, | |
| vs. | Trial Date:          March 26, 2018 |
| CHIEF OF POLICE GREG SUHR; CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; OFFICER CRAIG TIFFE (Badge No. 1312); OFFICER ERIC REBOLI (Badge No. 1651), and DOES 1 to 10, | |
| Defendants. | |

1   Additional Counsel for Plaintiffs:

2   JONATHAN D. MELROD, ESQ., State Bar #136441
    1313 Scheibel Lane
3   Sebastopol, CA 954 72
    Telephone: (415) 806-0154
4   Email: jonathan4536@sbcglobal.net

5   WILLIAM M. SIMPICH, JR., ESQ., State Bar #106672
    1736 Franklin Street, 10th Floor
6   Oakland, CA 94612
    Telephone: (510) 444-0226
7   Email: bsimpich@gmail.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request setting the following dates for expert disclosure, rebuttal disclosure and expert discovery cut-off in the above matter:

| Event | Stipulated Date |
|-------|-----------------|
| Non-Expert Discovery Cutoff | June 30, 2017 |
| Expert Disclosures | August 11, 2017 |
| Disclosure of Rebuttal Experts | August 25, 2017 |
| Expert Discovery Cutoff | September 15, 2017 |
| Last Day to File Dispositive Motions | November 9, 2017 |
| Last Day To Hear Dispositive Motions | December 14, 2017, 2 PM |
| Pretrial Conference | March 13, 2018, 3:00 PM |
| Trial | March 26, 2018, 8:30 AM |

**IT IS SO STIPULATED.**

Dated:  March 14, 2017          DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
SEAN F. CONNOLLY
JAMES F. HANNAWALT
Deputy City Attorney

By:  */s/ Sean F. Connolly*
SEAN F. CONNOLLY
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO (including
SAN FRANCISCO POLICE DEPARTMENT),
GREG SUHR, CRAIG TIFFE, AND ERIC REBOLI

Dated:  March 14, 2017          CASILLAS, MORENO & ASSOCIATES

By:  */s/ Denisse O. Gastelum*
ARNOLDO CASILLAS
DENISSE O. GASTÉLUM

Attorneys for Plaintiffs
ESTATE OF AMILCAR PEREZ LOPEZ, BY AND
THROUGH SUCCESSORS IN INTEREST, JUAN
PEREZ AND MARGARITA LOPEZ PEREZ; JUAN
PEREZ, INDIVIDUALLY; MARGARITA LOPEZ
PEREZ, INDIVIDUALLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based on the above stipulation, and for good cause appearing, IT IS ORDERED that the dates for disclosure of expert information and for the close of expert discovery be set as follows:

| Event | Stipulated Date |
|-------|-----------------|
| Non-Expert Discovery Cutoff | June 30, 2017 |
| Expert Disclosures | August 11, 2017 |
| Disclosure of Rebuttal Experts | August 25, 2017 |
| Expert Discovery Cutoff | September 15, 2017 |
| Last Day To File Dispositive Motions | November 9, 2017 |
| Last Day To Hear Dispositive Motions | December 14, 2017, 2 PM |
| Pretrial Conference | March 13, 2018, 3:00 PM |
| Trial | March 26, 2018, 8:30 AM |

Dated: March 14, 2017

THE HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE