1  DENNIS J. HERRERA, City Attorney
   CHERYL ADAMS, State Bar #164194
2  Chief Trial Deputy
   SEAN CONNOLLY, State Bar #152235
3  JAMES F. HANNAWALT, State Bar #139657
   Deputy City Attorneys
4  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
5  Telephone:   (415) 554-3863 [Connolly]
   Telephone:   (415) 554-3913 [Hannawalt]
6  Facsimile:   (415) 554-3837
   E-Mail:      sean.connolly@sfgov.org
7  E-Mail:      james.hannwalt@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO (including
9  SAN FRANCISCO POLICE DEPARTMENT),
   GREG SUHR, CRAIG TIFFE, and ERIC REBOLI

10
   ARNOLDO CASILLAS, ESQ., State Bar #158519
11 DENISSE O. GASTÉLUM, ESQ., State Bar #282771
   CASILLAS & ASSOCIATES
12 3500 W. Beverly Blvd.
   Montebello, CA 90640
13 Telephone: (323) 725-0917
   Fax: (323) 725-0350
14 Email: acasillas@casillaslegal.com
          dgastelum@casillaslegal.com
15 (Additional Counsel for Plaintiffs on following page)

16 Attorneys for Plaintiffs
   ESTATE OF AMILCAR PEREZ LOPEZ, JUAN PEREZ,
17 MARGARITA LOPEZ PEREZ

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  ESTATE OF AMILCAR PEREZ LOPEZ, by and through successors in interest, JUAN PEREZ and MARGARITA LOPEZ PEREZ; JUAN PEREZ, individually; MARGARITA LOPEZ PEREZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CHIEF OF POLICE GREG SUHR; CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; OFFICER CRAIG TIFFE (Badge No. 1312); OFFICER ERIC REBOLI (Badge No. 1651), and DOES 1 to 10,<br><br>Defendants. | Case No. 15-cv-01846 HSG<br><br>**STIPULATION REGARDING DISCOVERY DISPUTE JOINT LETTER CONCERNING DEFENDANTS' MOTION FOR DISCOVERY SANCTIONS OR ALTERNATIVELY TO COMPEL DEPOSITION TESTIMONY PLAINTIFFS AND EXTEND DEADLINES FOR EXPERT DISCLOSURE AND DISCOVERY RELATED TO PLAINTIFFS' DAMAGES**<br><br>Trial Date:        March 26, 2018 |

Additional Counsel for Plaintiffs:

JONATHAN D. MELROD, ESQ., State Bar #136441
1313 Scheibel Lane
Sebastopol, CA 954 72
Telephone: (415) 806-0154
Email: jonathan4536@sbcglobal.net

WILLIAM M. SIMPICH, JR., ESQ., State Bar #106672
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone: (510) 444-0226
Email: bsimpich@gmail.com

1     WHEREAS, a discovery dispute exists regarding the Plaintiffs' failure to appear for their depositions on June 29 and June 30, 2017.

    WHEREAS, fact discovery cutoff in this case was June 30, 2017, and the last day for filing a motion to compel fact discovery is July 7, 2017. Dkt. 78, LR 37-3.

    WHEREAS, on June 26, 2017, defense counsel initiated efforts to meet and confer about the Plaintiffs' failure to appear for their depositions. In response, plaintiff's counsel proposed a conference on July 3, 2017, but defense counsel was unavailable due to the holiday weekend and instead proposed July 5 or July 6, 2017 to meet and confer. Plaintiffs' counsel did not respond to that proposal by the morning of July 5, 2017, and so defense counsel sent a proposed draft of a joint letter, advised that Defendants' would be filing the letter on July 7, 2017, and requested that Plaintiffs add their position to the draft in order to file a joint letter.

    WHEREAS, on the night of July 6, 2017 plaintiff's counsel advised he would be available on the morning of July 7, 2017 to meet and confer regarding this discovery dispute. Plaintiff and defense counsel spoke by telephone on the morning of July 7, 2017, at which time plaintiffs' counsel requested until Monday, July 10, 2017, to provide plaintiffs'' portion of the discovery dispute joint letter.

    The undersigned parties, through counsel, STIPULATE and AGREE that plaintiffs' counsel has until noon on Monday, July 10, 2017 in which to provide defense counsel their portion of the discovery dispute joint letter regarding Defendants' Motion for Discovery Sanctions or Alternatively to Compel Deposition Testimony Plaintiffs and Extend Deadlines for Expert Disclosure and Discovery Related to Plaintiffs' Damages. If plaintiffs have not provided defense counsel with their portion of

///

///

///

Stip re Discovery Dispute Letter      1
Perez-Lopez v. CCSF, et al.; No. 15-cv-01846 HSG

the letter by noon on July 10, 2017, Defendants shall file their discovery dispute letter independently.

**IT IS SO STIPULATED.**

Dated: July 7, 2017

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
SEAN F. CONNOLLY
JAMES F. HANNAWALT
Deputy City Attorney

By: */s/ James F. Hannawalt*
SEAN F. CONNOLLY
JAMES F. HANNAWALT
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO (including SAN FRANCISCO POLICE DEPARTMENT), GREG SUHR, CRAIG TIFFE, AND ERIC REBOLI

Dated: July 7, 2017

CASILLAS, MORENO & ASSOCIATES

By: */s/ Arnoldo Casillas*
ARNOLDO CASILLAS
DENISSE O. GASTÉLUM

Attorneys for Plaintiffs
ESTATE OF AMILCAR PEREZ LOPEZ, BY AND THROUGH SUCCESSORS IN INTEREST, JUAN PEREZ AND MARGARITA LOPEZ PEREZ; JUAN PEREZ, INDIVIDUALLY; MARGARITA LOPEZ PEREZ, INDIVIDUALLY

**ORDER**

Based on the above stipulation, and for good cause appearing, IT IS ORDERED that plaintiffs' counsel has until noon on Monday, July 10, 2017 in which to provide defense counsel their portion of the discovery dispute joint letter regarding Defendants' Motion for Discovery Sanctions or Alternatively to Compel Deposition Testimony Plaintiffs and Extend Deadlines for Expert Disclosure and Discovery Related to Plaintiffs' Damages. If plaintiffs have not provided defense counsel with their portion of the letter by noon on July 10, 2017, Defendants shall file their discovery dispute letter independently.

Dated: July 7, 2017

THE HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE