ARNOLDO CASILLAS, ESQ., SBN 158519
DENISSE O. GASTÉLUM, ESQ., SBN 282771
**CASILLAS & ASSOCIATES**
3777 Long Beach Boulevard, 3rd Floor
Long Beach, California 90807
Telephone: 562-203-3030
Facsimile: 323-725-0350
Email: acasillas@casillaslegal.com
       dgastelum@casillaslegal.com

Attorneys for Plaintiffs, ESTATE OF AMILCAR PEREZ LOPEZ, by and through successors in interest, JUAN PEREZ and MARGARITA LOPEZ PEREZ; JUAN PEREZ, individually; MARGARITA LOPEZ PEREZ, individually

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF AMILCAR PEREZ LOPEZ, by and through successors in interest, JUAN PEREZ and MARGARITA LOPEZ PEREZ; JUAN PEREZ, individually; MARGARITA LOPEZ PEREZ, individually;<br><br>Plaintiffs,<br>v.<br><br>CHIEF OF POLICE GREG SUHR; CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; OFFICER CRAIG TIFFE (Badge No. 1312); OFFICER ERIC REBOLI (Badge No. 1651), and DOES 1 to 10,<br><br>Defendants.<br>_____ | Case No. 3:15-cv-01846 HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

As set forth in Plaintiff the Estate of Amilar Perez Lopez' ("Plaintiff") Administrative Motion to File Under Seal, Plaintiff lodged with the Court the following document containing information designated by the San Francisco District Attorney's Office ("SFDA") as "Highly Confidential – Attorney's Eyes Only" under the provisions of the protective order entered by this Court:

1. Exhibit B to the Joint Discovery Letter Brief Re: Request to Compel the San Francisco District Attorney's Office Compliance with Subpoenas, which is a Privilege Log produced by the SFDA to Plaintiff on July 12, 2017 and provides personal information of witnesses relating to the present matter.

Having considered Plaintiff's Administrative Motion, the Gastelum Declaration in Support thereof and pursuant to Civil Local Rule 79-5(e)(1) the Declaration of Christine Van Aken's, Deputy City Attorney representing the Designating Party, the SFDA, in support of sealing, and good cause appearing therefore;

IT IS HEREBY ORERED that the above referenced document is to be filed under seal.

Dated: August 16, 2017

_____
Hon. Jacqueline Scott Corley
United States Magistrate Judge

2
**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**