DENNIS J. HERRERA, City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
SEAN CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3863 [Connolly]
Telephone: (415) 554-3913 [Hannawalt]
Facsimile: (415) 554-3837
E-Mail: sean.connolly@sfgov.org
E-Mail: james.hannwalt@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO (including
SAN FRANCISCO POLICE DEPARTMENT),
GREG SUHR, CRAIG TIFFE, and ERIC REBOLI

ARNOLDO CASILLAS, ESQ., State Bar #158519
DENISSE O. GASTÉLUM, ESQ., State Bar #282771
CASILLAS & ASSOCIATES
3777 Long Beach Blvd., 3rd Floor
Long Beach, CA 90807
Tel: (562) 203-3030
Fax: (323) 725-0350
Email: acasillas@casillaslegal.com

Attorneys for Plaintiffs
ESTATE OF AMILCAR PEREZ LOPEZ, JUAN PEREZ,
MARGARITA LOPEZ PEREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF AMILCAR PEREZ LOPEZ, by and through successors in interest, JUAN PEREZ and MARGARITA LOPEZ PEREZ; JUAN PEREZ, individually; MARGARITA LOPEZ PEREZ, individually,<br>       Plaintiffs,<br><br>       vs.<br><br>CHIEF OF POLICE GREG SUHR; CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; OFFICER CRAIG TIFFE (Badge No. 1312); OFFICER ERIC REBOLI (Badge No. 1651), and DOES 1 to 10,<br>       Defendants. | Case No. 15-cv-01846 HSG (JSC)<br><br>**STIPULATION AND ORDER TO MODIFY CASE MANAGEMENT ORDER**<br><br>Trial Date:         March 26, 2018 |

Additional Counsel for Plaintiffs:

JONATHAN D. MELROD, ESQ., State Bar #136441
1313 Scheibel Lane
Sebastopol, CA 954 72
Telephone: (415) 806-0154
Email: jonathan4536@sbcglobal.net

WILLIAM M. SIMPICH, JR., ESQ., State Bar #106672
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone: (510) 444-0226
Email: bsimpich@gmail.com

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, the date set for trial in this matter is March 26, 2018; the pretrial conference is set for March 13, 2018, and significant related pretrial submission dates of February 20, 2018, and February 27, 2018 (Dkts. 78 and 96);

WHEREAS, the deadline to file dispositive motions is November 9, 2017;

WHEREAS, the deadline to complete expert discovery is November 15, 2017;

WHEREAS, the parties have completed extensive fact discovery, including witness depositions;

WHEREAS, the parties have completed expert and expert rebuttal disclosures, and have disclosed a combined 14 expert witnesses;

WHEREAS, the parties have met and conferred regarding fact discovery, expert discovery, outstanding discovery disputes, dispositive motions, and various scheduling and other issues related to this litigation;

WHEREAS, plaintiffs filed a motion for stay of proceedings (Dkt. 105);

WHEREAS, the parties submitted a stipulation and request to modify the case management order in order, including the reasons for the request (Dkt. 108);

WHEREAS, the parties convened on November 7, 2017, with the Court in a conference call to discuss the outstanding motions, stipulation, status of discovery, expert discovery, dispositive motions, and related issues (Dkt. 109);

WHEREAS, upon request of the parties, the Court referred this case to a magistrate judge for settlement conference (Dkt. 110);

WHEREAS, the Court denied plaintiffs' motion for stay (Dkt. 112);

WHEREAS, in accordance with the Court's instruction, the parties have met and conferred and propose the following modifications to the Court's case management order;

WHEREAS, thereafter the parties conferred with Magistrate Judge Beeler regarding a settlement conference. The parties and the court discussed the need for Plaintiffs to attend the proceedings in person. Given that they live in a remote region of

Guatemala, plaintiffs' counsel informed the court and defendants' counsel that the process to get the plaintiffs here is time-consuming, taking approximately 45 days to secure the necessary visa approval from the Department of Homeland Security and the US Embassy in Guatemala. Plaintiffs' counsel sought the court's permission to have the plaintiffs available by phone and to proceed with the settlement conference with their authority to settle the case. After discussing this issue in detail, the parties and the court agreed that the plaintiffs' presence was necessary to have a meaningful settlement conference. The court offered to schedule the settlement conference for January 19, 2018 to allow plaintiffs the necessary time to obtain permission to attend the settlement conference. Plaintiffs' counsel and Defendants' counsel accepted the date for the proceeding. Plaintiffs' counsel has started the process of arranging for Plaintiffs' arrival in San Francisco for the settlement conference.

WHEREAS, the parties submitted a stipulation and [proposed] order to modify case management on November 20, 2017 (Dkt. 115);

WHEREAS, the parties received an electronic communication from the Court on November 20, 2017 instructing the parties to correct certain defects contained in the stipulation and [proposed] order to modify case management filed on November 20, 2017;

WHEREAS, the parties convened on November 28, 2017, with the Court in a conference call to discuss the pending stipulation and [proposed] order to modify case management;

WHEREAS, the Court ordered the parties to file a revised stipulation and [proposed] order to modify case management;

THEREFORE, the parties propose to modify the case management order as follows:

1. extend the dispositive motion filing deadline to January 25, 2018, and set a briefing schedule which will allow the opposing papers to be filed on February 8, 2018 and the reply papers to be filed on February 15, 2018;

2

1. 2. extend the dispositive motion hearing deadline to February 22, 2018 at 2:00 p.m.;
2. 3. extend the deadline for the completion of expert discovery to March 2, 2018;
3. 4. reschedule the Pre-trial Conference for April 10, 2018 at 3 p.m.; and
4. 5. reschedule the trial to April 16, 2018.

**IT IS SO STIPULATED.**

Dated:  November 30, 2017  DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
SEAN F. CONNOLLY
JAMES F. HANNAWALT
Deputy City Attorneys

By: */s/ Sean Connolly*
SEAN F. CONNOLLY
JAMES F. HANNAWALT
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO (including SAN FRANCISCO POLICE DEPARTMENT),
GREG SUHR, CRAIG TIFFE, AND ERIC REBOLI

Dated:  November 30, 2017  CASILLAS & ASSOCIATES

By: */s/ Arnoldo Casillas*
ARNOLDO CASILLAS
DENISSE O. GASTÉLUM

Attorneys for Plaintiffs
ESTATE OF AMILCAR PEREZ LOPEZ, BY AND THROUGH SUCCESSORS IN INTEREST, JUAN PEREZ AND MARGARITA LOPEZ PEREZ; JUAN PEREZ, INDIVIDUALLY; MARGARITA LOPEZ PEREZ, INDIVIDUALLY

# ORDER

Based on the above stipulation, and for good cause appearing, IT IS ORDERED as follows:

1. the dispositive motion filing deadline will be extended to January 25, 2018,
2. the opposing papers to the dispositive motion will be filed on February 8, 2018,
3. the reply papers to the dispositive motion will be filed on February 15, 2018;
4. the dispositive motion hearing deadline will be extended to February 22, 2018 at 2:00 p.m.;
5. the deadline for the completion of expert discovery will be extended to March 2, 2018;
6. the Pre-trial Conference will be rescheduled to April 10, 2018 at 3 p.m.; and
7. the trial will be rescheduled to April 16, 2018.

SO ORDERED.

Dated: December 1, 2017

THE HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE