DENNIS J. HERRERA, City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
SEAN CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863 [Connolly]
Telephone:     (415) 554-3913 [Hannawalt]
Facsimile:      (415) 554-3837
E-Mail:           sean.connolly@sfcityatty.org
E-Mail:           james.hannwalt@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO (including
SAN FRANCISCO POLICE DEPARTMENT),
GREG SUHR, CRAIG TIFFE, and ERIC REBOLI

ARNOLDO CASILLAS, ESQ., SBN 158519
DENISSE O. GASTÉLUM, ESQ., SBN 282771
Casillas & Associates
3777 Long Beach Blvd., 3rd Fl
Long Beach, California 90807
Telephone: (323) 725-0917
Fax: (323) 725-0350
Email: acasillas@casillaslegal.com
         (Additional Counsel for Plaintiffs on following page)
**Attorneys for Plaintiffs**
ESTATE OF AMILCAR PEREZ LOPEZ, JUAN PEREZ,
MARGARITA LOPEZ PEREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF AMILCAR PEREZ LOPEZ, by and through successors in interest, JUAN PEREZ and MARGARITA LOPEZ PEREZ; JUAN PEREZ, individually; MARGARITA LOPEZ PEREZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CHIEF OF POLICE GREG SUHR; CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; OFFICER CRAIG TIFFE (Badge No. 1312); OFFICER ERIC REBOLI (Badge No. 1651), and DOES 1 to 10,<br><br>Defendants. | Case No. CV15-01846-HSG<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER**<br><br>Hearing Date:  August 7, 2018<br>Time:              2:00 p.m.<br>Judge:            Hon. Haywood S. Gilliam, Jr.<br>Place:             Courtroom 15 - 18th Floor<br>                      450 Golden Gate Ave<br>                      San Francisco, CA<br><br>Trial Date:     None |

1  Additional Counsel for Plaintiffs:

2  JONATHAN D. MELROD, ESQ., SBN 136441
   1313 Scheibel Lane
3  Sebastopol, CA 954 72
   Telephone: (415) 806-0154
4  Email: jonathan4536@sbcglobal.net

5  WILLIAM M. SIMPICH, JR., ESQ., SBN 106672
   1736 Franklin Street, 10th Floor
6  Oakland, CA 94612
   Telephone: (510) 444-0226
7  Email: bsimpich@gmail.com

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  The parties have met and conferred and jointly submit the following JOINT STATUS REPORT:

On or about January 22, 2018, the parties entered into a settlement agreement before Magistrate Judge Beeler in return for a dismissal of all allegations. Dkt. 121.  On January 23, 2018, this Court held a telephonic conference and ordered a status conference for May 22, 2018.  Dkt. 123. The parties have since then been cooperating in finalizing settlement documents, have finalized all settlement documents, and have submitted the necessary documents to the different municipal governmental channels for approval.

A review of the status has determined that the settlement was approved on April 23, 2018, by Police Commission and was forwarded on April 24, 2018, to the Controller for Funds Certification. On May 10, 2018 the Controller certified funds.  On May 11, 2018, the matter was calendared at the Board of Supervisors, and sent to the Government Audit & Oversight Committee.  The Government Audit & Oversight Committee sent it back to Board of Supervisors for two readings.  On July 20, 2018, the Board of Supervisors approved the settlement and sent it to the Mayor for final approval. The Mayor approved the settlement on July 25, 2018 and the matter was sent back to the City Attorney's Office to request a payment voucher from the Controller, who will issue any funds.  We anticipate the settlement check should be issued within the next one to two weeks.

The parties do not expect any extraordinary delays and request a further approximate 30 days for a status conference or stipulated dismissal to be filed.

Dated: July 31, 2018                     DENNIS J. HERRERA, City Attorney
                                         CHERYL ADAMS
                                         Chief Trial Deputy
                                         SEAN F. CONNOLLY
                                         JAMES F. HANNAWALT
                                         Deputy City Attorneys

                                    By:  */s/ Sean F. Connolly*
                                         SEAN F. CONNOLLY
                                         Attorneys for Defendants
                                         CITY AND COUNTY OF SAN FRANCISCO (including
                                         SAN FRANCISCO POLICE DEPARTMENT),
                                         GREG SUHR, CRAIG TIFFE, AND ERIC REBOLI

| | | |
|---|---|---|
| 1 | Dated: July 31, 2018 | CASILLAS & ASSOCIATES |
| 2 | | By: __/s/  Denisse O. Gastélum__ |
| | | ARNOLDO CASILLAS |
| 3 | | DENISSE O. GASTÉLUM |
| | | Attorneys for Plaintiffs |
| 4 | | ESTATE OF AMILCAR PEREZ LOPEZ, BY AND THROUGH SUCCESSORS IN INTEREST, JUAN PEREZ AND MARGARITA LOPEZ PEREZ; JUAN PEREZ, INDIVIDUALLY; MARGARITA LOPEZ PEREZ, INDIVIDUALLY |

**[PROPOSED] ORDER**

Having reviewed the parties' joint status report and good cause appearing, a further status conference is set for September 11, 2018 at 2:00 p.m. at 450 Golden Gate Avenue, 19th Floor, Courtroom 10, San Francisco, California.  A joint status report will be due September 4, 2018.

IT IS SO ORDERED.

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE