| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney<br>CHERYL ADAMS, State Bar #164194<br>Chief Trial Deputy<br>SEAN F. CONNOLLY, State Bar #152235<br>JAMES F. HANNAWALT, State Bar #139657<br>Deputy City Attorneys<br>1390 Market Street, 6th Floor<br>San Francisco, California 94102-5408<br>Telephone:    (415) 554-3863 [Connolly]<br>Telephone:    (415) 554-3913 [Hannawalt]<br>Facsimile:     (415) 554-3837<br>E-Mail:         sean.connolly@sfgov.org<br>E-Mail:         james.hannawalt@sfgov.org<br><br>Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO (including<br>SAN FRANCISCO POLICE DEPARTMENT),<br>GREG SUHR, CRAIG TIFFE, and ERIC REBOLI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF AMILCAR PEREZ LOPEZ, by and through successors in interest, JUAN PEREZ and MARGARITA LOPEZ PEREZ; JUAN PEREZ, individually; MARGARITA LOPEZ PEREZ, individually,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CHIEF OF POLICE GREG SUHR; CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; OFFICER CRAIG TIFFE (Badge No. 1312); OFFICER ERIC REBOLI (Badge No. 1651), and DOES 1 to 10,<br><br>　　　　Defendants. | Case No. 15-cv-01846 HSG<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE [FRCP 41(A)]** |

Stip and Order of Dismissal　　　　　　　　　　1　　　c:\users\rileyn~1.can\appdata\local\temp\notes06e812\01269330.d
Case No. 15-cv-01846 HSG　　　　　　　　　　　　　　　　　　　　　　　　　　　　　oc.docx

1  The undersigned parties, being all the parties who have appeared in this action, STIPULATE
2  pursuant to Federal Rule of Civil Procedure 41(a), that the action on behalf of plaintiffs ESTATE OF
3  AMILCAR PEREZ LOPEZ, by and through successors in interest, JUAN PEREZ and MARGARITA
4  LOPEZ PEREZ; JUAN PEREZ, individually; MARGARITA LOPEZ PEREZ, individually, and
5  against defendants CHIEF OF POLICE GREG SUHR; CITY AND COUNTY OF SAN
6  FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; OFFICER CRAIG TIFFE (Badge No.
7  1312); OFFICER ERIC REBOLI (Badge No. 1651), *et al*. is DISMISSED WITH PREJUDICE.  It is
8  further STIPULATED that plaintiffs and defendants shall each bear their own costs and attorneys'
9  fees.

**IT IS SO STIPULATED.**

Dated:  8/7/18

                                      DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
SEAN F. CONNOLLY
JAMES F. HANNAWALT
Deputy City Attorneys

By:  */s/ Sean F. Connolly*
     SEAN F. CONNOLLY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO (including SAN FRANCISCO POLICE DEPARTMENT), GREG SUHR, CRAIG TIFFE, and ERIC REBOLI

Dated:  5/7/18                    CASILLAS, MORENO & ASSOCIATES

By: */s/ Arnoldo Casillas*
    ARNOLDO CASILLAS
    DENISSE O. GASTÉLUM

Attorneys for Plaintiffs
ESTATE OF AMILCAR PEREZ LOPEZ, BY AND THROUGH SUCCESSORS IN INTEREST, JUAN PEREZ AND MARGARITA LOPEZ PEREZ; JUAN PEREZ, INDIVIDUALLY; MARGARITA LOPEZ PEREZ, INDIVIDUALLY

Stip and Order of Dismissal
Case No. 15-cv-01846 HSG
2
c:\users\rileyn~1.can\appdata\local\temp\notes06e812\01269330.doc.docx

| | |
|---|---|
| 1 | |
| 2 | **IT IS SO ORDERED.** |
| 3 | |
| 4 | Dated: August 8, 2018 |

_____
THE HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE